PHILLIP A. TALBERT
Acting United States Attorney
EDWARD A. BAKER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2758
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF LOUISIANA, STATE OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF VIRGINIA, STATE OF WISCONSIN, *ex rel*. DARLENE ERVIN, <br><br> Plaintiffs, <br><br> -vs- <br><br> OMNICARE, INC., <br><br> Defendant. | CASE NO. 2:13-CV-00146-MCE-KJN <br><br> **ORDER ON THE UNITED STATES' NOTICE OF INTERVENTION FOR SETTLEMENT** <br><br> **FILED UNDER SEAL** |

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

1. The Relator's Complaint, First Amended Complaint, the United States' Notice of Intervention, and this Order, shall be unsealed;
2. All other previously-filed contents of the Court's file in this action remain under seal and not be made public, or served upon the defendants;
3. The seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

Dated: October 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE