PHILLIP A. TALBERT
Acting United States Attorney
EDWARD A. BAKER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF ARKANSAS, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF FLORIDA, STATE OF GEORGIA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF LOUISIANA, STATE OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NORTH CAROLINA, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, STATE OF TENNESSEE, STATE OF TEXAS, STATE OF VIRGINIA, STATE OF WISCONSIN, *ex rel.* DARLENE ERVIN, <br><br> Plaintiffs, <br><br> -vs- <br><br> OMNICARE, INC., <br><br> Defendant. | CASE NO. 2:13-CV-0146-MCE-KJN <br><br> ORDER OF VOLUNTARY DISMISSAL OF CERTAIN FEDERAL CLAIMS |

Having considered the Joint Stipulation of Voluntary Dismissal of Certain Federal Claims filed

by the United States, Relator Darlene Ervin, and Defendant Omnicare, Inc. ("Omnicare"),

**IT IS HEREBY ORDERED** that

1. All claims asserted in the above-captioned action on behalf of the United States against Omnicare pursuant to the FCA, 31 U.S.C. §§ 3729-3733, that are included in Covered Conduct released in the Settlement Agreement are dismissed with prejudice as to the United States and Relator;

2. All other claims asserted in the above-captioned action on behalf of the United States against Omnicare pursuant to the FCA, 31 U.S.C. §§ 3729-3733 are dismissed without prejudice as to the United States and with prejudice as to Relator; and

3. Relator's request for attorneys' fees and costs pursuant to 31 U.S.C. § 3730(d) and Relator's claim under 31 U.S.C. § 3730(h) (Count V) shall be resolved either by the Court or through a separate agreement between Relator and Omnicare.

IT IS SO ORDERED.

Dated:  November 1, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order On the Joint Stipulation of Voluntary Dismissal of Certain Federal Claims

2