IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN and the DISTRICT OF COLUMBIA, *ex rel.* DARLENE ERVIN,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>OMNICARE, INC.,<br><br>　　　　　　Defendant. | Case No. 2:13-CV-0146-MCE-KJN<br><br>**ORDER**<br><br>[PURSUANT TO THE FALSE CLAIMS ACT 31 U.S.C. § 3730(B)(2), (3)] |

　　　　Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the states of Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee,

Texas, Virginia, Wisconsin, the District of Columbia (collectively, the "States"), filed a Stipulation of Dismissal with prejudice as to all state claims stated in the Covered Conduct provision of the State Settlement Agreements executed by the States and Omnicare, Inc.  Upon due consideration of the Stipulation and the papers on file in this action,

    IT IS HEREBY ORDERED that,

1. All state claims asserted against Omnicare, Inc., that were stated in the Covered Conduct provisions of the State Settlement Agreements executed by the States and Omnicare, Inc. shall be dismissed with prejudice as to the Plaintiff States.

2. Relator's claims of retaliation against Omnicare under the state laws of California are not dismissed and will remain pending until further order of this Court.

    IT IS SO ORDERED.

Dated: November 3, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE