1  **Jennifer B. Zargarof (SBN 204382)**
2  **jzargarof@sidley.com**
   **Aimee G. Mackay (SBN 221690)**
3  **amackay@sidley.com**
   **SIDLEY AUSTIN LLP**
4  **555 West 5th St., Suite 4000**
5  **Los Angeles, CA 90013**
   **Telephone: +1 213 896 6000**
6  **Facsimile: +1 213 896 6600**
7
8  **Attorneys for Defendant**
   **OMNICARE, INC., a corporation**
9

10                       UNITED STATES DISTRICT COURT

11                       EASTERN DISTRICT OF CALIFORNIA

12  | DARLENE ERVIN, | ) Civ. No. 2:13-cv-00146-MCE-KJN |
13  |                | )                                |
    | Plaintiff,     | )                                |
14  |                | ) **STIPULATION TO EXTEND TIME** |
15  | vs.            | ) **FOR DEFENDANT TO RESPOND**   |
    |                | ) **TO PLAINTIFF'S SECOND**      |
16  | OMNICARE, INC., a corporation, | ) **AMENDED COMPLAINT** |
17  |                | ) **PURSUANT TO EASTERN**        |
    | Defendant.     | ) **DISTRICT LOCAL RULE 144(A);** |
18  |                | ) **ORDER THEREON**              |
19  |                | )                                |
20  |                | )                                |

21
22      IT IS HEREBY STIPULATED AND AGREED by and between the parties
23  hereto through their respective attorneys that Defendant OMNICARE, INC. may have
24  additional time within which to answer or otherwise respond to Plaintiff's complaint.
25  Therefore, the last day for Defendant to answer or otherwise respond to Plaintiff's
26  Second Amended Complaint is Tuesday, February 21, 2017. This extension does not
27  exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a).
28  This is the first stipulation to extend time pursuant to Local Rule 144(a) in this matter.

**IT IS SO STIPULATED AND AGREED.**

Dated:  January 31, 2017

SIDLEY AUSTIN LLP

By: /s/ *Jennifer B. Zargarof*
Jennifer B. Zargarof
Aimee G. MacKay
Attorneys for Defendant
OMNICARE, INC., a corporation

THYBERGLAW

By: /s/ *Gregory A. Thyberg  (authorized 1/31/17)*
Gregory A. Thyberg
Attorneys for Plaintiff
DARLENE ERVIN

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, the time for Defendant OMNICARE, INC. to respond to Plaintiff's Complaint is hereby extended to February 21, 2017.

**IT IS SO ORDERED.**

Dated:  February 7, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE